# EXHIBIT 3

M52BGIA1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

             v.                          20 Cr. 160 (MKV)

LISA GIANNELLI,

             Defendant.
                                         Trial
------------------------------x
                                         New York, N.Y.
                                         May 2, 2022
                                         9:45 a.m.
Before:

                    HON. MARY KAY VYSKOCIL,

                                         District Judge
                          APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
BY:  SARAH MORTAZAVI
     BENJAMIN A. GIANFORTI
     Assistant United States Attorneys


FASULO, BRAVERMAN & DiMAGGIO, LLP
     Attorneys for Defendant Giannelli
BY:  LOUIS V. FASULO
     -and-
ALEX S. HUOT


Also Present:  Karline Jung, USDA Paralegal

               Mattison Stewart, Defense Intern
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1   2020.
2            In our records of regularly conducted activities of
3   CBP that were made at or near the time by or from information
4   transmitted by someone with knowledge of the information
5   contained therein, kept in the course of CBP's regularly
6   conducted activities, and made as a regular practice of CBP's
7   activities.  It is further stipulated and agreed by and between
8   the parties that the aforementioned Government Exhibits in the
9   stipulation, which is Government Exhibit 9014, may be received
10  in evidence at trial.
11           Your Honor, the government offers Government Exhibit
12  9014 and the exhibits listed therein.
13           THE COURT:  All right.  Exhibit 9014 is in evidence,
14  as are exhibits 18000 and 18001, which are admitted pursuant to
15  this stipulation, in other words, by agreement of the parties.
16  Those two exhibits will come into evidence.
17           (Government's Exhibits 9014, 18000, 18001 received in
18  evidence)
19           THE COURT:  Is there another stipulation?
20           MR. GIANFORTI:  There's one more, your Honor.
21           Ms. Jung, can you please pull up government exhibit
22  9016?
23           All right.  Again, skipping the preamble.
24           If called as a witness at trial, Howard Taylor,
25  Taylor, would testify that Government Exhibit 16000 reflects

1  true and accurate copies of records that Taylor maintained with
2  respect to Equestology.  It is further stipulated and agreed by
3  and between the parties that the aforementioned Government
4  Exhibits and this stipulation, which is Government
5  Exhibit 9016, may be received in evidence at trial.
6            Your Honor, the government offers Government Exhibit
7  9016 in the exhibits listed therein.
8            THE COURT:  Do you want to go back to the first page,
9  please?  It would help if you gave me a copy.
10           MR. GIANFORTI:  I apologize.  I thought you had a
11 collection.  We can hand you up one.
12           THE COURT:  They're over there.
13           Again, this stipulation is in evidence, as is the
14 exhibit -- there's only one exhibit -- 16000.
15           MR. GIANFORTI:  That's right.
16           THE COURT:  Is also received into evidence.  That's
17 all right.
18           (Government's Exhibits 9016 and 16000 received in
19 evidence)
20           THE COURT:  All right.  Thank you.
21           MR. GIANFORTI:  Thank you, your Honor.  The government
22 calls Conor Flynn.
23           THE COURT:  Is Mr. Flynn here?
24           MR. GIANFORTI:  The agent will bring him in, your
25 Honor.