IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY GURAL,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 23-4882 |

## ORDER

**AND NOW**, this 18th day of July 2024, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 7) and Plaintiff's Amended Complaint (Doc. No. 17) it is **ORDERED** that the Motion to Dismiss (Doc. No. 7) is **DENIED without prejudice as moot**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.