IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR, et al, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY GURAL, <br><br> Defendant. | CIVIL ACTION <br> NO. 23-4882 |

## ORDER

**AND NOW**, this 8th day of October 2024, upon consideration of Defendant's Motion to Dismiss (Doc. No. 25), Plaintiffs' Response in Opposition (Doc. No. 27) and Defendant's Reply (Doc. No. 30), it is **ORDERED** that the hearing on the Motion is **rescheduled for November 13, 2024 at 10:30 a.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. The Order scheduling the hearing on the Motion for November 7, 2024 at 2:30 p.m. (Doc. No. 31) is **VACATED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.