IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR and JUDITH TAYLOR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY GURAL,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-4882 |

**ORDER**

**AND NOW**, this 21st day of November 2024, upon consideration of the letter from counsel for the parties dated November 18, 2024, it is **ORDERED** that the parties are granted leave to file supplemental memoranda in support of or in opposition to Defendant's Motion to Dismiss (Doc. No. 25) by January 9, 2025.  Any supplemental memoranda filed by the parties shall not exceed twenty-five (25) pages written in twelve (12) point font.  It is further **ORDERED** that the Clerk of Court shall docket the attached letter from counsel for the parties dated November 18, 2024.  The previous Order (Doc. No. 34) requiring the parties to file any supplemental memoranda within thirty (30) days of receiving the transcript of the hearing held on November 13, 2024 is **VACATED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.