IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR and JUDITH TAYLOR,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFREY GURAL,<br><br>    Defendant. | CIVIL ACTION<br>NO. 23-4882 |

## ORDER

**AND NOW,** this 27th day of February 2025, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 25), Plaintiffs' Response in Opposition (Doc. No. 27), Defendant's Reply (Doc. No. 30), the arguments of counsel for the parties at the hearing held on the record on November 13, 2024, the parties' Supplemental Memoranda (Doc. Nos. 41, 44), and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 25) is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion to Dismiss Counts I, II, III, IV, V, XI, and XII is **DENIED**.

2. Defendant's Motion to Dismiss Counts VI, VIII, and XIII is **GRANTED**.

3. Defendant's Motion to Dismiss Counts VII, IX, and X is **GRANTED** on the claims brought by Plaintiff Howard Taylor, and **DENIED** on the claims brought by Plaintiff Judith Taylor.

It is further **ORDERED** that Defendant shall file an Answer to the claims remaining in the

1

Amended Complaint by March 13, 2025.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky  
                                               JOEL H. SLOMSKY, J.