IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR<br><br>           Plaintiffs,<br><br>v.<br><br>JEFFREY GURAL<br><br>           Defendant. | CIVIL ACTION<br>NO. 23-4882 |

# ORDER

**AND NOW**, this 17th day of April 2025, it is **ORDERED** that the **PRETRIAL CONFERENCE** shall be held June 3, 2025, at 4:00 p.m. via telephone conference. Counsel shall initiate the call to Chambers at (267) 817-5858 and use access code 504 270 423#.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately because it is expected that the parties shall have conducted substantial discovery before the Rule 16 conference.

3. Counsel shall consult and shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information described in Judge Slomsky's form Report on or before May 29, 2025.

4. Counsel shall follow Judge Slomsky's Policies and Procedures which can be found at www.paed.uscourts.gov.

                                                    **BY THE COURT:**


                                                    /s/Joel H. Slomsky, J.
                                                    JOEL H. SLOMSKY, J.