IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR and JUDITH TAYLOR,<br><br>             Plaintiffs,<br>v.<br><br>JEFFREY GURAL,<br><br>             Defendant. | CIVIL ACTION<br>NO. 23-4882 |

## ORDER

**AND NOW,** this 22nd day of September 2025, upon consideration of the Parties' Joint Letter Requesting a Telephone Conference (Doc. No. 61), it is **ORDERED** that a telephone conference on the Letter (Doc. No. 61) will be held with counsel for the parties on **September 26, 2025 at 2:30 p.m.** Counsel shall initiate the call to Chambers at (267) 817-5858 and use access code 504 270 423#.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.