IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR and JUDITH TAYLOR,<br><br>    Plaintiffs,<br><br> v.<br><br>JEFFREY GURAL,<br><br>    Defendant. | CIVIL ACTION<br><br>No.: 2:23-cv-04882-JHS |

**ORDER**

  **AND NOW** this  1st  day of  October , 2025, upon consideration of the letter from counsel for the parties dated September 30, 2025 (Doc. No. 66 ), it is **ORDERED** that Plaintiffs are granted leave to file a Motion for Production of Documents regarding requests 36 through 38 noted in the Parties' Joint Letter (Doc. No. 61) on or before October 10, 2025. Defendant may file a Response to the Motion on or before October 21, 2025, and Plaintiff may file a Reply on or before October 24, 2025. The previous Order (Doc. No. 65) regarding the briefing schedule for Plaintiffs' Motion for Production of Documents is **VACATED**.

                BY THE COURT:

                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.