IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD TAYLOR | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| V | : | |
| JUDITH TAYLOR | : | |
|     Defendant. | : | NO. 23CV4882 |
| | : | |
| | : | |

ORDER

On this 27th day of October 2025, it is herby ORDRED, that at the request of the parties, the the settlement conference scheduled for Wednesday, October 29, 2025 at 10:00 a.m. will be conducted via Zoom. The Zoom link has been sent to counsel by chambers.

BY THE COURT:

/s/ Craig M. Straw

_____
UNITES STATES MAGISGTATE JUDGE