IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR and JUDITH TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY GURAL,<br><br>Defendant. | Case No. 2:23-cv-04882 |

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

PLEASE TAKE NOTICE that Defendant Jeffrey Gural respectfully requests that his Motion to Compel Non-Party Thomas Shay's Compliance with Document Subpoena (Doc. No. 76) be withdrawn, without prejudice.

Dated: November 18, 2025

Sean P. McConnell (PA 307740)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Phone: (215) 979-1947
spmcconnell@duanemorris.com

Brian H. Pandya (pro hac vice)
**DUANE MORRIS LLP**
901 New York Avenue N.W., Suite. 700 East
Washington, DC 20001
Phone: (202) 776-7807
BHPandya@duanemorris.com

Respectfully submitted,

**GENOVA BURNS LLC**

By: /s/ *Lawrence Bluestone*
Angelo J. Genova (PA 205373)
Lawrence Bluestone (PA 322261)
19 West 3rd Street
Media, PA 19063
(973) 533-0777
agenova@genovaburns.com
lbluestone@genovaburns.com

*Attorneys for Defendant, Jeffrey Gural*

17922330v1 (2883.073)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on the Court's CM/ECF System on November 18, 2025, which caused a copy to be served on counsel of record for Plaintiffs as follows:

Michael B. de Leeuw
Tamar S. Wise
COZEN O'CONNOR
3 WTC, 55th Floor
New York, New York, 10007
(212) 908-1331
mdeleeuw@cozen.com
twise@cozen.com

Joan Taylor
Catherine Yun
COZEN O'CONNOR
1650 Market Street, Ste. 2800
Philadelphia, PA 19103
joantaylor@cozen.com
cyun@cozen.com

Thomas Ingalls
COZEN O'CONNOR
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 471-3411
tingalls@cozen.com

In addition, I caused a copy of the foregoing to be served by email and Certified Mail upon non-party Thomas Shay at his home address:

Thomas Shay
3072 Gun and Rod Club Road
Houston, DE 19954-2604
tomrshay@yahoo.com

Dated: November 18, 2025                    /s/ Lawrence Bluestone
                                             Lawrence Bluestone

17922330v1 (2883.073)