IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR and JUDITH TAYLOR,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JEFFREY GURAL,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 23-4882 |

# ORDER

**AND NOW**, this 19th day of November 2025, upon consideration of Plaintiffs' Motion to Compel Production of Documents (Doc. No. 69), Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Compel (Doc. No. 72), Plaintiffs' Reply to Defendant's Opposition (Doc. No. 73), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Plaintiffs' Motion to Compel Production of Documents (Doc. No. 69) is **GRANTED IN PART and DENIED IN PART**. Defendant shall provide Plaintiffs with the following documents, if any, by December 3, 2025:

- Documents sufficient to show any horse in which Jeffrey Gural has an ownership interest that has ever tested positive for a performance enhancing drug after May 1, 2024.

- All documents and communications regarding any trainer who has ever trained one of Jeffrey Gural's horses and has ever been found to have administered a performance enhancing drug on a horse after May 1, 2024.

- All documents and communications regarding all pharmaceuticals or other substances Jeffrey Gural or Jeffrey Gural's trainers have ordered for any of Jeffrey Gural's horses after May 1, 2024.

                                                        BY THE COURT:


                                                        /s/ Joel H. Slomsky
                                                        JOEL H. SLOMSKY, J.

1