IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD TAYLOR, and JUDITH TAYLOR<br><br>                Plaintiffs,<br><br>   v.<br><br>JEFFREY GURAL,<br><br>               Defendant. | Civil Action<br><br>No.: 2:23-cv-4882-JHS |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Joseph R. Welsh, Esq. on behalf of Defendant, Jeffrey Gural, in the above-captioned matter.

Dated: March 5, 2026

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Joseph R. Welsh*
Joseph R. Welsh (PA #329626)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1163
Email: jrwelsh@duanemorris.com

Brian H. Pandya (*pro hac vice*)
901 New York Avenue, N.W., Ste. 700 East
Washington, D.C. 20001-4795
Telephone: (202) 776-7807
Email: bhpandya@duanemorris.com

Angelo J. Genova
Lawrence Bluestone
Genova Burns, LLC
494 Broad Street
Newark, NJ 07102
Telephone: (973) 533-0777

*Counsel for Defendant Jeffrey Gural*

## **CERTIFICATE OF SERVICE**

I, Joseph R. Welsh, hereby certify that on March 5, 2026, I caused my Notice of Appearance on behalf of Defendant, Jeffrey Gural, to be filed with the U.S. District Court for the Eastern District of Pennsylvania and served upon counsel of record via the Court's *CM/ECF* system.

**DUANE MORRIS** LLP

By: */s/ Joseph R. Welsh*
Joseph R. Welsh (PA #329626)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1163
Email: jrwelsh@duanemorris.com