IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOWARD TAYLOR and JUDITH
TAYLOR,

Plaintiffs,

v.

JEFFREY GURAL,

Defendant.

CRIMINAL ACTION
NO. 23-4882

**ORDER**

**AND NOW**, this 13th day of May 2026, in view of the Joint Letter of counsel for Plaintiffs and Defendant (Doc. No. 95), it is **ORDERED** that Defendant shall file the twenty-three emails in dispute under seal for review by the Court by **May 20, 2026**.  If the emails are part of a chain of correspondence, the entire email chain shall be filed.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.